# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2016

Robert P. Young, Jr.,
Chief Justice

152849(81)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ALEXANDER JEREMY STEANHOUSE,
      Defendant-Appellee.
_____/

SC: 152849
COA: 318329
Wayne CC: 11-011939-FC

      On order of the Chief Justice, the second motion of the Criminal Defense Attorneys of Michigan to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before November 9, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2016

